UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARL GRIMES,<br><br>           Plaintiff,<br><br>     v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT, et al.,<br><br>           Defendants.<br>_____/ | No. C 12-06381 LB<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Application, ECF No. 3. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants.

In addition, the initial case management conference, which is currently scheduled for March 21, 2013, is **CONTINUED** to May 9, 2013. All other related ADR-deadlines are **CONTINUED** accordingly. The parties shall file a joint case management conference statement no later than May 2, 2013.

///

1 **IT IS SO ORDERED.**

2 Dated: February 25, 2013

_____
LAUREL BEELER
United States Magistrate Judge