NO FEE DUE
GOV'T CODE § 6103

1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY, SBN 139166
2  domalley@hansonbridgett.com
   ALEXANDRA V. ATENCIO, SBN 227251
3  aatencio@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants SAN MATEO
   COUNTY TRANSIT DISTRICT, MICHAEL J.
7  SCANLON, KARAMBIR CHEEMA, SAID EL-
   KHATIB, SONJA HIGGINS, DERRICK
8  FISHER, ART GONZALEZ, WILLIAM N.
   CARSON, JR., VIRGINIA HARRINGTON,
9  WILLIAM SNELL AND SANDY WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARL ANTHONY GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB, SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON, WILLIAM SNELL AND SANDY WONG,<br><br>Defendants. | CASE NO. CV 12-6381-LB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Judge: Hon. Laurel Beeler<br>Date of CMC: August 8, 2013<br>Time: 11 a.m.<br>Crtrm.: C, 15th Floor<br><br>Trial Date: TBD |

27  ///
28  ///

5268404.1

-1-                                                                                         CV 12-6381-LB
NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Defendant SAN MATEO COUNTY TRANSIT DISTRICT ("District") hereby notifies the Court that the parties to this action have recently agreed to a settlement of all claims, subject to finalizing a written settlement agreement. The District, therefore, requests a continuation of the case management conference currently scheduled for 11:00 a.m. on August 8, 2013 to ensure adequate time to finalize the settlement. Plaintiff has authorized the District to file this Notice and Request for Continuance.

Dated: August 1, 2013

/s/ Alexandra V. Atencio
Alexandra V. Atencio, Esq.
Diane Marie O'Malley, Esq.
HANSON BRIDGETT LLP
Counsel for Defendant SAN MATEO COUNTY TRANSIT DISTRICT

## ORDER

The next case management conference in this action is hereby continued to October 24, 2013 at 11:00 am.

**IT IS SO ORDERED.**

Dated: August 2, 2013

UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER