NO FEE DUE
GOV'T CODE § 6103

HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
ALEXANDRA V. ATENCIO, SBN 227251
aatencio@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHATIB, SONJA HIGGINS, DERRICK FISHER, ART GONZALEZ, WILLIAM N. CARSON, JR., VIRGINIA HARRINGTON, WILLIAM SNELL AND SANDY WONG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ANTHONY GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB, SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON, WILLIAM SNELL AND SANDY WONG,<br><br>Defendants. | CASE NO. CV 12-6381-LB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Judge:   Hon. Laurel Beeler<br>Date of CMC: August 8, 2013<br>Time:   11 a.m.<br>Crtrm.:   C, 15th Floor<br><br>Trial Date: TBD |

///

///

Defendant SAN MATEO COUNTY TRANSIT DISTRICT ("District") hereby notifies the Court that the parties to this action have recently agreed to a settlement of all claims, subject to finalizing a written settlement agreement. The District, therefore, requests a continuation of the case management conference currently scheduled for 11:00 a.m. on August 8, 2013 to ensure adequate time to finalize the settlement. Plaintiff has authorized the District to file this Notice and Request for Continuance.

Dated: August 1, 2013

/s/ Alexandra V. Atencio
Alexandra V. Atencio, Esq.
Diane Marie O'Malley, Esq.
HANSON BRIDGETT LLP
Counsel for Defendant SAN MATEO COUNTY TRANSIT DISTRICT

## ORDER

The next case management conference in this action is hereby continued to October 24, 2013 at 11:00 am.

**IT IS SO ORDERED.**

Dated: August 2, 2013

_____
UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER