NO FEE DUE
GOV'T CODE § 6103

1 | HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
2 | domalley@hansonbridgett.com
ALEXANDRA V. ATENCIO, SBN 227251
3 | aatencio@hansonbridgett.com
425 Market Street, 26th Floor
4 | San Francisco, California 94105
Telephone: (415) 777-3200
5 | Facsimile: (415) 541-9366

6 | Attorneys for Defendants SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J.
7 | SCANLON, KARAMBIR CHEEMA, SAID EL-KHATIB, SONJA HIGGINS, DERRICK
8 | FISHER, ART GONZALEZ, WILLIAM N. CARSON, JR., VIRGINIA HARRINGTON,
9 | WILLIAM SNELL and SANDY WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARL ANTHONY GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB, SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON, WILLIAM SNELL AND SANDY WONG,<br><br>Defendants. | CASE NO. CV 12-6381-LB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Laurel Beeler<br><br>Trial Date: Not set. |

TO THE HONORABLE MAGISTRATE LAUREL BEELER AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CARL ANTHONY GRIMES and Defendants SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB (sic), SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON (sic), WILLIAM

1  SNELL and SANDY WONG hereby stipulate to the dismissal of this action with prejudice. Each
2  party will bear its own costs, expenses, and attorneys' fees.
3  DATED: August 9, 2013

5                                                By: _____Anthony Grimes_____
6                                                      CARL ANTHONY GRIMES
                                                       PLAINTIFF PRO SE

8  Dated: August 9, 2013                        By: /s/ Alexandra V. Atencio
                                                       Alexandra V. Atencio, Esq
9                                                      HANSON BRIDGETT LLP
                                                       Counsel for Defendant SAN MATEO COUNTY
10                                                     TRANSIT DISTRICT

11                                       **ORDER**

12       IT IS HEREBY ORDERED THAT the above-captioned matter is dismissed with prejudice
13  as to Defendants SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON,
14  KARAMBIR CHEEMA, SAID EL-KHAITB (sic), SONJA HIGGINS, DERRICK FISHER, ART
15  GONZALES, BILL CARSON, GIGI HERINGTON (sic), WILLIAM SNELL and SANDY
16  WONG;
17       IT IS HEREBY FURTHER ORDERED THAT each party will bear its own costs,
18  expenses, and attorneys' fees except as otherwise required by the terms of the Release.
19  **IT IS SO ORDERED.**

        _____[signature]_____                Dated: August 9, 2013
        LAUREL BEELER
        UNITED STATES MAGISTRATE JUDGE